674 A.2d 1036

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

Elliott D. MOSSMAN, Respondent.

No. 192 Disciplinary Docket No. 3.
Disciplinary Board No. 138 DB 95.

Supreme Court of Pennsylvania.

March 21, 1996.

## ORDER

PER CURIAM:

AND NOW, this 21st day of March, 1996, there having been filed with this Court by Elliott D. Mossman his verified

Statement of Resignation dated February 26, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Elliott D. Mossman be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.